UNITED STATES DISTRICT COURT
For the
Southern District of New York

| | |
|---|---|
| LESHAWN DAWSON, on behalf of himself and all others similarly situated, <br><br> *Plaintiff* <br><br> v. <br><br> TTI FLOOR CARE NORTH AMERICA, INC. <br><br> *Defendant* | Docket No.: 1:20-cv-06742-GBD <br><br> **PROPOSED ORDER** |

WHEREAS, Plaintiff LESHAWN DAWSON, on behalf of himself and all others similarly situated ("Plaintiff"), having commenced the instant action to recover damages allegedly due on account of Americans with Disabilities Act violations; and

WHEREAS, a complaint dated August 21, 2020 having been filed as against Defendant TTI FLOOR CARE NORTH AMERICA, INC.; and

WHEREAS, Plaintiff was thereafter notified by Defendant of the incorrect party name on the pleading; and

WHEREAS, Defendant ROYAL APPLIANCE MFG. CO. is the proper party to this action;

**NOW THEREFORE** it is hereby ordered that:

1. The caption for the present action dated August 21, 2020 and filed against Defendant TTI FLOOR CARE NORTH AMERICA, INC. is hereby amended to remove Defendant TTI FLOOR CARE NORTH AMERICA, INC. as a party to this action and replaced with the proper party against whom Plaintiff originally sought to bring this action, namely, ROYAL APPLIANCE MFG. CO.

2. The present action against Defendant TTI FLOOR CARE NORTH AMERICA, INC. is dismissed in its entirety, with prejudice.

Dated:   Brooklyn, New York
         September 16, 2020

COHEN & MIZRAHI LLP
By: */s/ Joseph H. Mizrahi*

1

Joseph H. Mizrahi<br>
Joseph@cml.legal<br>
300 Cadman Plaza West, 12th Fl.<br>
Brooklyn, New York 11201<br>
Tel: (929) 575-4175<br>
Fax: (929) 575-4195<br>
*Counsel for Plaintiff*

**SO ORDERED**:

_____
 HON. JUDGE GEORGE B. DANIELS