UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LESHAWN DAWSON, *on behalf of himself and all*
*others similarly situated*,

                        Plaintiff,

                        ORDER

          -against-

                        20 Civ. 6742 (GBD)

ROYAL APPLIANCE MFG. CO.,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

      In light of the parties' notice that the parties have reached a settlement in principle on all issues in this matter, all conferences and deadlines previously scheduled are adjourned *sine die*. The parties shall submit a stipulation of dismissal or a status report within sixty (60) days of this order.

Dated: February 3, 2021
       New York, New York

                                                   SO ORDERED.

                                                   GEORGE B. DANIELS
                                                   United States District Judge